IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DWAYNE and MARILYN
PIPKINS, *as parents of D.P.* ,

        Plaintiffs,

v.                                                                                              CV 12-0205 MCA/WPL

BOARD OF EDUCATION OF
RESERVE INDEPENDENT SCHOOL
DISTRICT, et al.,

        Defendants.

**ORDER DENYING MOTION TO
AMEND PRETRIAL DEADLINES**

      Plaintiffs have filed a motion requesting that the Court allow discovery to commence. (Doc. 29.) Defendants have filed Responses opposing Plaintiffs' request (Doc. 32, 33), Plaintiffs have filed a Reply (Doc. 34), and I held a hearing on this issue on November 1, 2012 (Doc. 37). I have fully considered the arguments advanced by the parties and hereby deny Plaintiffs' request. I believe that the initial position taken by the parties, that "the case be bifurcated so that IDEA issues are determined prior to discrimination claims" (Doc. 20 at 16), remains the best approach to resolving the issues presented in this case. The Public Education Department's Motion for Partial Dismissal is fully briefed, and I am confident that Judge Armijo will rule promptly and we can then address what discovery is appropriate.

      IT IS SO ORDERED.

                                                  _____
                                                  William P. Lynch
                                                  United States Magistrate Judge